DIANE M. MANN, CHP 7 PANEL TRUSTEE
PO BOX 12970
SCOTTSDALE, AZ 85267-2970

UNITED STATES BANKRUPTCY COURT
AZ **DISTRICT OF** ARIZONA
PHOENIX **DIVISION**

| | | |
|---|---|---|
| In Re: | § § | |
| MARINELLI, NANCY PAULINE | § § § | Case No. 12-08959-PHX PS |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DIANE M. MANN, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 0.00                                    Assets Exempt: 166,815.59
*(Without deducting any secured claims)*

Total Distributions to Claimants: 4,770.63        Claims Discharged
                                                                              Without Payment: 28,732.00

Total Expenses of Administration: 28,281.00

---

3) Total gross receipts of $ 40,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 6,948.37 (see **Exhibit 2**), yielded net receipts of $ 33,051.63 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 28,281.00 | 28,281.00 | 28,281.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 28,732.00 | 4,053.14 | 4,053.14 | 4,770.63 |
| **TOTAL DISBURSEMENTS** | $ 28,732.00 | $ 32,334.14 | $ 32,334.14 | $ 33,051.63 |

4) This case was originally filed under chapter 7 on 04/25/2012 . The case was pending for 95 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/04/2020        By:/s/DIANE M. MANN, TRUSTEE
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Personal Injury Litigation | 1242-000 | 40,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$40,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NANCY PAULINE MARINELLI | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 6,948.37 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 6,948.37** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

UST Form 101-7-TDR (10/1/2010) *(Page: 3)*

Case 2:12-bk-08959-PS    Doc 59    Filed 02/11/20    Entered 02/11/20 16:11:03    Desc
Page 3 of 16

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:MANN, DIANE M., TRUSTEE | 2100-000 | NA | 3,995.16 | 3,995.16 | 3,995.16 |
| TRUSTEE EXPENSES:MANN, DIANE M., TRUSTEE | 2200-000 | NA | 50.44 | 50.44 | 50.44 |
| U. S. BANKRUPTCY COURT | 2700-000 | NA | 260.00 | 260.00 | 260.00 |
| THE MOODY LAW FIRM | 2990-000 | NA | 1,600.00 | 1,600.00 | 1,600.00 |
| THE MOODY LAWFIRM | 2990-000 | NA | 425.00 | 425.00 | 425.00 |
| ATTORNEY FOR TRUSTEE FEES (OTHER FIRM):ROBINSON VALCAGNIE, INC | 3210-000 | NA | 6,700.00 | 6,700.00 | 6,700.00 |
| ATTORNEY FOR TRUSTEE FEES (OTHER FIRM):STEVE BROWN & ASSOC. | 3210-000 | NA | 3,130.00 | 3,130.00 | 3,130.00 |
| ATTORNEY FOR TRUSTEE FEES (OTHER FIRM):THE MOODY LAW FIRM | 3210-000 | NA | 1,000.00 | 1,000.00 | 1,000.00 |
| ATTORNEY FOR TRUSTEE FEES (OTHER FIRM):THE MOODY LAW FORM | 3210-000 | NA | 6,700.00 | 6,700.00 | 6,700.00 |
| ATTORNEY FOR TRUSTEE EXPENSES (OTHER FIRM):STEVE BROWN & ASSOC. | 3220-000 | NA | 29.20 | 29.20 | 29.20 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ATTORNEY FOR TRUSTEE EXPENSES (OTHER FIRM):THE MOODY LAW FIRM | 3220-000 | NA | 2,257.47 | 2,257.47 | 2,257.47 |
| ACCOUNTANT FOR TRUSTEE FEES (OTHER FIRM):SEMPLE, MARCHAL & COOPER, LLP | 3410-000 | NA | 2,109.50 | 2,109.50 | 2,109.50 |
| ACCOUNTANT FOR TRUSTEE EXPENSES (OTHER FIRM):SEMPLE, MARCHAL & COOPER, LLP | 3420-000 | NA | 24.23 | 24.23 | 24.23 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 28,281.00 | $ 28,281.00 | $ 28,281.00 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ARIZONA DEPARTMENT OF REVENUE SPECIAL OPERATIONS SECTION 1600 W. MONROE, ROOM 720 Phoenix, AZ 85007 | | 0.00 | NA | NA | 0.00 |
| | INTERNAL REVENUE SERVICE CENTRALIZED INSOLVENCY OPERATIONS PO BOX 21126 Philadelphia, PA 19114-0326 | | 0.00 | NA | NA | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ADVANCED CALL CENTER TECHNOLOGIES, LLC P.O. BOX 9091 Johnson City, TN 37615-9091 | | 0.00 | NA | NA | 0.00 |
| | BANK OF AMERICA P.O. BOX 15726 Wilmington, DE 19886-5726 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America Po Box 982238 El Paso, TX 79998 | | 12,321.00 | NA | NA | 0.00 |
| | Bureau Of Collection R 7575 Corporate Way Eden Prairie, MN 55344 | | 88.00 | NA | NA | 0.00 |
| | COLLECTION USA, INC. PO BOX 10070 Glendale, AZ 85318 | | 690.00 | NA | NA | 0.00 |
| | Collections Usa Inc 21640 N 19th Ave Ste C3 Phoenix, AZ 85027 | | 690.00 | NA | NA | 0.00 |
| | DILLARD'S PO BOX 960012 Orlando, FL 32896-0012 | | 0.00 | NA | NA | 0.00 |
| | GE CAPITAL RETAIL BANK PO BOX 965033 Orlando, FL 32896 | | 0.00 | NA | NA | 0.00 |
| | Gecrb/Dillards Dc Po Box 981402 El Paso, TX 79998 | | 5,786.00 | NA | NA | 0.00 |
| | Gecrb/Jcp Po Box 984100 El Paso, TX 79998 | | 2,436.00 | NA | NA | 0.00 |
| | JC PENNY CARD/ GEMB PO BOX 960090 Orlando, FL 32896 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | KOHL'S PAYMENT CENTER PO BOX 2983 Milwaukee, WI 53201-2983 | | 0.00 | NA | NA | 0.00 |
| | KOHL'S PO BOX 3084 Milwaukee, WI 53201-3084 | | 0.00 | NA | NA | 0.00 |
| | Kohls/Capone N56 W 17000 Ridgewood Dr Menomonee Falls, WI 53051 | | 2,538.00 | NA | NA | 0.00 |
| | MACY'S PO BOX 6938 The Lakes, NV 88901-6938 | | 0.00 | NA | NA | 0.00 |
| | MACY'S VISA PO BOX 689194 Des Moines, IA 50368 | | 0.00 | NA | NA | 0.00 |
| | Mcydsnb 9111 Duke Blvd Mason, OH 45040 | | 3,332.00 | NA | NA | 0.00 |
| | NCO FINANCIAL SYSTEMS P.O. BOX 12100 Trenton, NJ 08650 | | 0.00 | NA | NA | 0.00 |
| | NORTHLAND GROUP INC. P.O. BOX 390846 Minneapolis, MN 55439 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | RJM ACQUISITIONS LLC 575 UNDERHILL BLVD., SUITE 224 Syosset, NY 11791-3416 | | 124.00 | NA | NA | 0.00 |
| | WYNGATE AT SYCAMORE FARMS ATTN: LEASING OFFICE 11142 N. 165TH DRIVE Surprise, AZ 85388 | | 0.00 | NA | NA | 0.00 |
| | Wfnnb/Ny&C 220 W Schrock Rd Westerville, OH 43081 | | 727.00 | NA | NA | 0.00 |
| 02 | CAPITAL ONE, N.A. | 7100-000 | NA | 2,620.30 | 2,620.30 | 2,620.30 |
| 01 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | NA | 742.17 | 742.17 | 742.17 |
| 03 | COLLECTIONS USA, INC. | 7200-000 | NA | 690.67 | 690.67 | 690.67 |
| | CAPITAL ONE, N.A. | 7990-000 | NA | NA | NA | 463.85 |
| | COLLECTIONS USA, INC. | 7990-000 | NA | NA | NA | 122.26 |
| | QUANTUM3 GROUP LLC AS AGENT FOR | 7990-000 | NA | NA | NA | 131.38 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 28,732.00 | $ 4,053.14 | $ 4,053.14 | $ 4,770.63 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | |
|---|---|
| Case No: 12-08959-PHX   PS   Judge: PAUL SALA | Trustee Name: DIANE M. MANN, TRUSTEE |
| Case Name: MARINELLI, NANCY PAULINE | Date Filed (f) or Converted (c): 04/25/12 (f) |
| | 341(a) Meeting Date: 06/01/12 |
| For Period Ending: 12/04/19 | Claims Bar Date: 07/19/18 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. SETTLEMENT PROCEEDS (u) CLASS ACTION LAWSUIT | 0.00 | 21,317.53 | | 40,000.00 | FA |
| 2. RESIDENCE JOINT OWNER WITH JAMES GOODWIN AND CATHERINE GOODWIN | 14,906.00 | 0.00 | | 0.00 | FA |
| 3. BANK ACCOUNT- CHASE CHECKING | 15.48 | 0.00 | | 0.00 | FA |
| 4. BANK ACCOUNT- CHASE SAVINGS | 75.01 | 0.00 | | 0.00 | FA |
| 5. HOUSEHOLD GOODS & FURNISHINGS | 750.00 | 0.00 | | 0.00 | FA |
| 6. ELECTRONICS | 25.00 | 0.00 | | 0.00 | FA |
| 7. BOOKS & ART OBJECTS | 25.00 | 0.00 | | 0.00 | FA |
| 8. WEARING APPAREL | 150.00 | 0.00 | | 0.00 | FA |
| 9. WATCH(ES) | 10.00 | 0.00 | | 0.00 | FA |
| 10. WEDDING RINGS | 100.00 | 0.00 | | 0.00 | FA |
| 11. SPORTS EQUIPMT, PHOTOGRAPHIC, HOBBY | 45.00 | 0.00 | | 0.00 | FA |
| 12. INSURANCE POLICIES TERM LIFE INSURANCE; NO VALUE TO ESTATE | 0.00 | 0.00 | | 0.00 | FA |
| 13. INSURANCE POLICIES TERM LIFE INSURANCE; NO VALUE TO ESTATE | 0.00 | 0.00 | | 0.00 | FA |
| 14. PENSION PLANS & PROFIT SHARING | 0.00 | 0.00 | | 0.00 | FA |
| 15. AUTOMOBILE- 2001 HODA ACCORD | 3,625.00 | 0.00 | | 0.00 | FA |
| 16. PET(S) | 0.00 | 0.00 | | 0.00 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $19,726.49 | $21,317.53 | | $40,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

| | |
|---|---|
| Case No: | 12-08959-PHX    PS    Judge: PAUL SALA |
| Case Name: | MARINELLI, NANCY PAULINE |

| | |
|---|---|
| Trustee Name: | DIANE M. MANN, TRUSTEE |
| Date Filed (f) or Converted (c): | 04/25/12 (f) |
| 341(a) Meeting Date: | 06/01/12 |
| Claims Bar Date: | 07/19/18 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

CASE WAS REOPENED AS TRUSTEE WAS NOTIFIED OF UNSCHEDULE PENDING MESH CLASS ACTION LAWSUIT. April 17, 2018. EMPLOYING SPECIAL COUNSEL. May 09, 2018. ORDER TO EMPLOY SPECIAL COUNSEL GRANTED. APPLICATION TO EMPLOY ESTATE CPA FILED. June 18, 2018. AWAITING APPROVAL OF SETTLEMENT DOCUMENTS FROM SPECIAL COUNSEL. July 03, 2018. SPECIAL COUNSEL REQUIRED CHANGES TO SETTLEMENT. August 03, 2018. CHANGED MADE FOR FORWARDED TO SPECIAL COUNSEL. September 09, 2018. SPECIAL COUNSEL SENT REVISED SETTLEMENT AGREEMENT TO OPPOSING COUNSEL. October 22, 2018. SETTLEMENT FINALIZED. December 03, 2018. AWAITING SETTLEMENT FUNDS FROM MOODY LAW FIRM. January 03, 2019; February 07, 2019; March 08, 2019. SPECIAL COUNSEL ADVISED THAT BOSTON SCIENTIFIC HASN'T REACHED THEIR STANDARD LEVEL OF SETTLEMENTS AND NO DISTRIBUTIONS WILL BE MADE UNTIL NUMBER IS REACHED. April 12, 2019; May 26, 2019. SETTLEMENT FUNDS REC'D. CASE TO CLOSE AFTER IRS APPROVES ESTATE TAX RETURN MAILED ON 6/9/19; CAN TAKE UP TO 90 DAYS. June 10, 2019; July 14, 2019. IRS CONFIRMING EIN PROVIDED BY BANK. August 06, 2019. WAITING ON IRS TO APPROVE ESTATE TAX RETURN. September 30, 2019. IRS REJECTED EIN USED ON ESTATE TAX RETURN. NEW EIN WAS ASSIGNED AND NEW TAX RETURNS WERE FILED. CASE TO CLOSE ONCE IRS APPROVES TAX RETURN. October 18, 2019. IRS APPROVED ESTTAE TAX RETURN AND TFR FILED. December 03, 2019 (DMMANN)

Initial Projected Date of Final Report (TFR): 08/30/18        Current Projected Date of Final Report (TFR): 12/15/19

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-08959-PHX -PS | Trustee Name: | DIANE M. MANN, TRUSTEE |
|---|---|---|---|
| Case Name: | MARINELLI, NANCY PAULINE | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******5458 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6116 | | |
| For Period Ending: | 02/04/20 | Blanket Bond (per case limit): | |
| | | Separate Bond (if applicable): | $ 72,661,955.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/30/19 | 1 | THE MOODY LAW FIRM | SETTLEMENT-PERSONAL INJURY | | 21,317.53 | | 21,317.53 |
| | | | Memo Amount: 40,000.00 | 1242-000 | | | |
| | | | SETTLEMENT-PERSONAL INJURY | | | | |
| | | THE MOODY LAW FORM | Memo Amount: ( 6,700.00 ) | 3210-000 | | | |
| | | | SPECIAL COUNSEL FEES | | | | |
| | | ROBINSON VALCAGNIE, INC | Memo Amount: ( 6,700.00 ) | 3210-000 | | | |
| | | | SPECIAL COUNSEL FEES | | | | |
| | | THE MOODY LAW FIRM | Memo Amount: ( 2,257.47 ) | 3220-000 | | | |
| | | | SPECIAL COUNSEL COSTS | | | | |
| | | THE MOODY LAW FIRM | Memo Amount: ( 1,600.00 ) | 2990-000 | | | |
| | | | MDL COMMON BENEFIT ASSESSMENT | | | | |
| | | THE MOODY LAW FIRM | Memo Amount: ( 1,000.00 ) | 3210-000 | | | |
| | | | MOTLEY RICE SETTLEMENT COUNSEL FEE | | | | |
| | | THE MOODY LAWFIRM | Memo Amount: ( 425.00 ) | 2990-000 | | | |
| | | | GARRETSON LIEN RESOLUTION FEE | | | | |
| 07/19/19 | 010001 | STEVE BROWN & ASSOC. | ATTORNEY FEES | 3210-000 | | 2,665.00 | 18,652.53 |
| | | 1414 E. INDIAN SCHOOL RD., STE 200 | | | | | |
| | | PHOENIX, AZ 85014 | | | | | |
| 07/19/19 | 010002 | STEVE BROWN & ASSOC. | ATTORNEY EXPENSES | 3220-000 | | 28.20 | 18,624.33 |
| | | 1414 E. INDIAN SCHOOL RD., STE 200 | | | | | |
| | | PHOENIX, AZ 85014 | | | | | |
| 10/11/19 | | Trsf To Axos Bank | FINAL TRANSFER | 9999-000 | | 18,624.33 | 0.00 |

Page Subtotals 21,317.53 21,317.53

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-08959-PHX -PS | Trustee Name: | DIANE M. MANN, TRUSTEE |
|---|---|---|---|
| Case Name: | MARINELLI, NANCY PAULINE | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******5458 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6116 | | |
| For Period Ending: | 02/04/20 | Blanket Bond (per case limit): | |
| | | Separate Bond (if applicable): | $ 72,661,955.00 |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Memo Allocation Receipts: | 40,000.00 | COLUMN TOTALS | | 21,317.53 | 21,317.53 | 0.00 |
| | Memo Allocation Disbursements: | 18,682.47 | Less: Bank Transfers/CD's | | 0.00 | 18,624.33 | |
| | | | Subtotal | | 21,317.53 | 2,693.20 | |
| | Memo Allocation Net: | 21,317.53 | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 21,317.53 | 2,693.20 | |

Page Subtotals  0.00  0.00

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-08959-PHX -PS | Trustee Name: | DIANE M. MANN, TRUSTEE |
|---|---|---|---|
| Case Name: | MARINELLI, NANCY PAULINE | Bank Name: | Axos Bank |
| | | Account Number / CD #: | *******0017 Checking Account |
| Taxpayer ID No: | *******6116 | | |
| For Period Ending: | 02/04/20 | Blanket Bond (per case limit): | |
| | | Separate Bond (if applicable): | $ 72,661,955.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/11/19 | | Trsf In From UNION BANK | INITIAL WIRE TRANSFER IN | 9999-000 | 18,624.33 | | 18,624.33 |
| 01/07/20 | 020001 | DIANE M. MANN, TRUSTEE PO BOX 12970 SCOTTSDALE, AZ 85267-2970 | Chapter 7 Compensation/Fees | 2100-000 | | 3,995.16 | 14,629.17 |
| 01/07/20 | 020002 | DIANE M. MANN, TRUSTEE PO BOX 12970 SCOTTSDALE, AZ 85267-2970 | Chapter 7 Expenses | 2200-000 | | 50.44 | 14,578.73 |
| 01/07/20 | 020003 | STEVE BROWN & ASSOC. 1414 E. INDIAN SCHOOL RD., STE 200 PHOENIX, AZ 85014 | Claim B3, Payment 100.00000% ATTORNEY FEES | 3210-000 | | 465.00 | 14,113.73 |
| 01/07/20 | 020004 | STEVE BROWN & ASSOC. 1414 E. INDIAN SCHOOL RD., STE 200 PHOENIX, AZ 85014 | Claim B4, Payment 100.00000% ATTORNEY EXPENSES | 3220-000 | | 1.00 | 14,112.73 |
| 01/07/20 | 020005 | SEMPLE, MARCHAL & COOPER, LLP 2700 N CENTRAL AVE., 9TH FL PHOENIX, AZ 85004 | Claim C1, Payment 100.00000% ACCOUNTANT FEES | 3410-000 | | 1,286.00 | 12,826.73 |
| 01/07/20 | 020006 | SEMPLE, MARCHAL & COOPER, LLP 2700 N CENTRAL AVE., 9TH FL PHOENIX, AZ 85004 | Claim C3, Payment 100.00000% ACCOUNTANT FEES | 3410-000 | | 823.50 | 12,003.23 |
| 01/07/20 | 020007 | SEMPLE, MARCHAL & COOPER, LLP 2700 N CENTRAL AVE., 9TH FL PHOENIX, AZ 85004 | Claim C2, Payment 100.00000% ACCOUNTANT EXPENSES | 3420-000 | | 24.23 | 11,979.00 |
| 01/07/20 | 020008 | U. S. BANKRUPTCY COURT CLERK OF THE COURT 230 N FIRST AVE, STE 101 PHOENIX, AZ 85003-1706 | Claim A, Payment 100.00000% RE-OPENING FEE | 2700-000 | | 260.00 | 11,719.00 |
| 01/07/20 | 020009 | Quantum3 Group LLC as agent for MOMA Funding LLC PO Box 788 | Claim 01, Payment 117.70214% 4945 | | | 873.55 | 10,845.45 |

Page Subtotals  18,624.33  7,778.88

LFORM24
UST Form 101-7-TDR (10/1/2010) (Page: 14)
Case 2:12-bk-08959-PS   Doc 59   Filed 02/11/20   Entered 02/11/20 16:11:03   Desc
Page 14 of 16

Ver: 22.02c

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-08959-PHX -PS | Trustee Name: | DIANE M. MANN, TRUSTEE |
|---|---|---|---|
| Case Name: | MARINELLI, NANCY PAULINE | Bank Name: | Axos Bank |
| | | Account Number / CD #: | *******0017 Checking Account |
| Taxpayer ID No: | *******6116 | | |
| For Period Ending: | 02/04/20 | Blanket Bond (per case limit): | |
| | | Separate Bond (if applicable): | $ 72,661,955.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Kirkland, WA 98083-0788 | Claim 742.17 | 7100-000 | | | |
| | | | Interest 131.38 | 7990-000 | | | |
| 01/07/20 | 020010 | CAPITAL ONE, N.A. | Claim 02, Payment 117.70217% | | | 3,084.15 | 7,761.30 |
| | | C/O BECKET AND LEE LLP | KOHL'S-9098 | | | | |
| | | PO BOX 3001 | | | | | |
| | | MALVERN PA 19355-0701 | | | | | |
| | | | Claim 2,620.30 | 7100-000 | | | |
| | | | Interest 463.85 | 7990-000 | | | |
| 01/07/20 | 020011 | COLLECTIONS USA, INC. | Claim 03, Payment 117.70165% | | | 812.93 | 6,948.37 |
| | | 21640 N. 19TH AVE C-3 | 5314-WYNGATE | | | | |
| | | PHOENIX, AZ 85027 | | | | | |
| | | | Claim 690.67 | 7200-000 | | | |
| | | | Interest 122.26 | 7990-000 | | | |
| 01/07/20 | 020012 | NANCY PAULINE MARINELLI | Surplus Funds | 8200-002 | | 6,948.37 | 0.00 |
| | | 9221 N. 59TH AVENUE, #116 | | | | | |
| | | GLENDALE, AZ 85302 | | | | | |

| | | | | |
|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 18,624.33 | 18,624.33 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 18,624.33 | 0.00 | |
| | | Subtotal | 0.00 | 18,624.33 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | 6,948.37 | |
| | | Net | 0.00 | 11,675.96 | |

| | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 40,000.00 | TOTAL - ALL ACCOUNTS | | | |
| Total Allocation Disbursements: | 18,682.47 | Checking Account (Non-Interest Earn - *******5458 | 21,317.53 | 2,693.20 | 0.00 |
| | | Checking Account - ********0017 | 0.00 | 11,675.96 | 0.00 |
| Total Memo Allocation Net: | 21,317.53 | | 21,317.53 | 14,369.16 | 0.00 |

Page Subtotals 0.00 10,845.45

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-08959-PHX -PS | Trustee Name: | DIANE M. MANN, TRUSTEE |
|---|---|---|---|
| Case Name: | MARINELLI, NANCY PAULINE | Bank Name: | Axos Bank |
| | | Account Number / CD #: | *******0017 Checking Account |
| Taxpayer ID No: | *******6116 | | |
| For Period Ending: | 02/04/20 | Blanket Bond (per case limit): | |
| | | Separate Bond (if applicable): | $ 72,661,955.00 |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | | Page Subtotals | 0.00 | 0.00 | |
|---|---|---|---|---|---|---|